# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

**FILED**

*8:30 am, 12/11/23*

**Margaret Botkins**
**Clerk of Court**

ALEXANDRE Z. DAVIS

Plaintiff,

vs

Case Number:  23-CV-116-SWS

BIG HORN COUNTY JAIL and BIG HORN
COUNTY JAIL CAPTAIN,

Defendants.

## JUDGMENT IN A CIVIL ACTION

This matter comes before the Court on the parties' cross-motions for summary judgment. (ECF No. 26; ECF No. 27.)  Pursuant to the Order entered December 11, 2023, incorporated by reference herein, the Court hereby GRANTS Defendant's *Motion for Summary Judgment* (ECF No. 27). The Court further finds that Mr. Davis's *Motion for Summary Judgment* (ECF No. 26) should be DENIED.

Mr. Davis's *Motion for Order Challenging Defendants' Exhibits* (ECF No. 32); *Motion to Appoint Counsel* (ECF No. 33); and *Motion to Compel Discovery* (ECF No. 34) ARE DENIED AS MOOT.

IT IS HEREBY ORDERED AND ADJUDGED that a Judgment is entered in the

Defendants' favor.

Dated this 11th day of December, 2023.

Margaret Botkins
Clerk of Court

By Elayna Thorsell
_____

Deputy Clerk